# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MELANIE STRANKO,** | ) |
| Plaintiff, | ) Case No.: 2:21-cv-71 |
| v. | ) |
| **REWARD ZONE USA, LLC,** | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: August 11, 2021

BY: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: 8/12/21

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge